IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL WEINSTEIN              :
10729 Lady Slipper Terrace
Rockville, MD 20852            :

and                            :

BETH WEINSTEIN                 :
10729 Lady Slipper Terrace
Rockville, MD 20852            :      Civil Action No._____

        Plaintiffs,            :

        v.                     :

UNITED STATES OF AMERICA,      :

        Defendant.             :

Serve:                         :

The Honorable Michael B. Mukasey   :
Attorney General of the
  United States of America     :
United States Department of Justice
950 Pennsylvania Avenue, N.W.  :
Washington, D.C. 20530
                               :
    and
                               :
Jeffrey A. Taylor, Esquire
United States Attorney         :
  for the District of Columbia
Judiciary Center               :
555 Fourth Street, N.W.
Washington, D.C. 20530         :

    and                        :

James Weiner, General Counsel  :
Office of the Solicitor
United States Department of Interior   :
Branch of Acquisitions & Intellectual
  Property                     :
MS-7308, MIB
1849 C Street, N.W.
Washington, DC 20240

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

## COMPLAINT
(Federal Tort Claims Act)

Plaintiffs Michael Weinstein and Beth Weinstein bring this action for damages under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b) and 2671-2680, against Defendant United States of America. Plaintiffs allege, upon personal knowledge and information and belief, as follows:

### Parties, Jurisdiction, and Venue

1. Jurisdiction of this Court arises under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b) and 2671-2680.

2. Venue is proper in this Court under 28 U.S.C. § 1402(b) because the negligence of Defendant United States of America occurred in the District of Columbia.

3. Plaintiffs Michael Weinstein and Beth Weinstein are adult citizens of the United States residing in the State of Maryland.

4. Defendant United States of America at all relevant times owned and operated Rock Creek Park, in the District of Columbia, where Plaintiff Michael Weinstein was injured.

5. Plaintiffs Michael Weinstein and Beth Weinstein presented their tort claims in writing to the United States Department of the Interior, National Park Service, within two years after their claims accrued, as required under 28 U.S.C. §§ 2401(b) and 2675(a).

6. The United States Department of the Interior denied Plaintiffs' claims by letter dated **September 28, 2007**, sent by certified mail.

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

## Facts

7. On or about **April 16, 2005 at approximately 12:30 p.m.**, Plaintiff Michael Weinstein was riding a bicycle on the bike path along Beach Drive at Klingle Road in Rock Creek Park. The bicycle hit pavement surface irregularities such as a pothole and cracks on the path causing Michael Weinstein to lose control, to pitch forward over the handlebars, and to strike his head and face on the paved pathway.

8. As a direct and proximate result of the accident, Plaintiff Michael Weinstein suffered serious injuries including injuries to his head, neck, back, and permanent paralysis.

9. At all relevant times, the United States National Park Service, a federal agency of Defendant United States of America within the United States Department of the Interior, was in possession and control of the bike path in Rock Creek Park on which Plaintiff Michael Weinstein was riding his bicycle. The National Park Service had responsibility to maintain the bike path and post signage on it.

10. The National Park Service negligently failed to repair the pothole on the bike path or to post signs warning of the hazard.

## Count I
(Negligence)

11. Plaintiffs incorporate by reference paragraphs 1 through 10 and further allege that the accident was a direct and proximate result of the negligence of the United States of America in failing to appropriately and adequately maintain the bike path surface in a reasonable condition consistent with a uniform standard of

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

conduct where the incident occurred, and failing to place and maintain appropriate and adequate warning signs along the bike path.

12. As a direct and proximate result of the negligence of Defendant United States of America, Plaintiff Michael Weinstein suffered extensive and serious injuries, including permanent paralysis.

13. As a further direct and proximate result of the negligence of Defendant United States of America, Plaintiff Michael Weinstein has incurred and will continue to incur a loss of earnings and wage-earning capacity; has sustained and will continue to sustain substantial expenses for medical care and treatment; and has suffered and will continue to suffer much physical pain and mental anguish.

## Count II
(Loss of Consortium)

14. Plaintiffs incorporate by reference paragraphs 1 through 13 and further allege that as a direct and proximate result of the negligence of Defendant United States of America, Plaintiff Beth Weinstein has suffered and will continue to suffer the loss of Plaintiff Michael Weinstein's material services, love, affection, companionship, sexual relations, and other benefits of their marital relationship.

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

4

## Prayer for Relief

WHEREFORE, Plaintiffs Michael and Beth Weinstein demand judgment against Defendant United States of America in the amount of twelve-million dollars ($12,000,000.00), plus costs.

    Respectfully Submitted,

    KOONZ, MCKENNEY, JOHNSON,
      DEPAOLIS & LIGHTFOOT, LLP

*/s/ William P. Lightfoot*

William P. Lightfoot  #313593
Paulette E. Chapman  #416437
Kelly J. Fisher           #488431
2001 Pennsylvania Ave., N.W.
Suite #450
Washington, D.C. 20006
wlightfoot@koonz.com
(202) 659-5500
Fax: (202) 785-3719

*Counsel for Plaintiffs*

Doc. 38281

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Michael and Beth Weinstein | United States of America |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br><br>William P. Lightfoot,<br>Koonz, McKenney, Johnson, DePaolis, and Lightfoot<br>2001 Pennsylvania Avenue Suite 450<br>Washington D.C. 20006 202-659-5505 | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
◉ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ○ A. *Antitrust* | ○ B. *Personal Injury/ Malpractice* | ○ C. *Administrative Agency Review* | ○ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ◉ E. *General Civil (Other)* | OR | ○ F. *Pro Se General Civil* |
|---|---|---|

| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Federal Tort Claims Act, § 28 U.S.C. 1346(b) and 2671-2680. This is a personal injury case.

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 12,000,000.00   Check YES only if demanded in complaint
JURY DEMAND:   YES ☒   NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 2/07/08   SIGNATURE OF ATTORNEY OF RECORD  /s/

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.