IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL AND SETH WEINSTEIN
Plaintiffs,

vs.                                    Case Number: 1:08-CV-00216

UNITED STATES OF AMERICA
Defendant.

AFFIDAVIT SERVICE BY SPECIAL PROCESS SERVER

I, Andre W. Keith, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby declare and says:

   That my age and date of birth are as follows: 8-31-61
   That my business address is: 1115 Mass. Ave., NW, Wash., DC.
   That I am not a party to or otherwise interested in this case.

   That at 4:23 pm on the 8th day of February, 2008, I personally served a Summons and Complaint upon United States of America, U.S. Attorney for the District of Columbia by delivering the same to Cindy Parker, Paralegal Specialist and authorized to accept service of process at 501 3rd Street, NW, Room 4500, Washington, DC 20530.

DESCRIPTION: Black female, black hair, 5'6", 150 lbs., 50's
             glasses

                                    Andre W. Keith
                                    1115 Massachusetts Ave., NW
                                    Washington, DC 20005