UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL AND BETH WEINSTEIN** ) ) ) ) **Plaintiffs,** ) ) **v.** ) ) **UNITED STATES OF AMERICA** ) ) ) ) **Defendant.** ) ) | Civil Action No. 08-0216 (RJL) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for an Enlargement of Time up to and including May 16, 2008 to answer or respond to Plaintiffs' complaint.  Plaintiffs' counsel has no objection to this request for enlargement of time.

The additional time is requested because Counsel has been unable to complete the coordination and discussions with the agency with regard to the filing of defendant's response or answer.  In addition, Counsel is also scheduled to begin trial in an unrelated matter, Syed Rafi v. Leavitt, C.A. No. 02-2356 (JR), on April 30, 2008.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Respectfully submitted,


__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


__ /s/ _____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., E-4106
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL AND BETH WEINSTEIN**,  Plaintiffs,  v.  **UNITED STATES OF AMERICA**,  Defendant. | Civil Action No. 08-0216 (RJL) |

## ORDER

UPON CONSIDERATION OF Defendant's Unopposed Motion for Enlargement of Time, and for good cause shown, it is hereby

ORDERED that Defendant's Motion for Enlargement of Time is GRANTED. It is

FURTHER ORDERED that Defendant may answer or respond to the Complaint by May16, 2008.

_____  UNITED STATES DISTRICT COURT JUDGE