IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL AND BETH WEINSTEIN, :
:
Plaintiffs, :
: Civil Action No. 08-00216 (RJL)
v. :
:
UNITED STATES OF AMERICA, :
:
Defendant. :

## PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

Plaintiffs Michael and Beth Weinstein, through their undersigned counsel, respectfully move for a fourteen-day extension of time in which to respond to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment. In support of this motion, Plaintiffs states as follows:

1. The Motion to Dismiss or, in the Alternative, for Summary Judgment was served on May 16, 2008, and an opposition is now due on May 30, 2008.

2. No previous extensions have been requested in this matter, and granting of this motion will not affect any previously scheduled deadlines. Plaintiff, on May 27th, 2008 asked Defendant's consent to an extension of time, but consent was not received until May 29th, 2008.

3. Plaintiffs and their counsel are currently reviewing Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, which raises legal issues that Plaintiffs need additional time to address. An extension of fourteen days, through and

including June 13, 2008, would provide an adequate opportunity for Plaintiffs to prepare a full and appropriate response.

4. Counsel for Defendant indicated to counsel for the Plaintiffs that they consent to this requested extension of time.

5. Counsel for Plaintiffs indicated to counsel for Defendant that Plaintiffs consent to an extension of time to June 27, 2008 to file their reply.

Accordingly, Plaintiffs respectfully request that the Court extend the time in which they may respond to the Motion to Dismiss or, in the Alternative, for Summary Judgment by fourteen days, through and including June 13, 2008.

                Respectfully submitted,

                KOONZ, MCKENNEY, JOHNSON,
                  DEPAOLIS & LIGHTFOOT, L.L.P.

                By: /s/ William Lightfoot
                    William P. Lightfoot   #313593
                    Paulette E. Chapman   #416437
                    Kelly J. Fisher   #488431
                    2001 Pennsylvania Ave., N.W.
                    Suite #450
                    Washington, D.C. 20006
                    (202) 659-5500

                *Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL AND BETH WEINSTEIN    :
                              :
        Plaintiffs,            :
                              :    Civil Action No. 08-00216 (RJL)
    v.                         :
                              :
UNITED STATES OF AMERICA,      :
                              :
        Defendant.             :

## ORDER

Upon consideration of Plaintiffs' Consent Motion for Extension of Time in Which to Answer Respond to Defendant's Motion to Dismiss or for Summary Judgment, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED and it is

FURTHER ORDERED that Plaintiffs shall respond to the Motion to Dismiss or, in the Alternative, for Summary Judgment on or before June 13, 2008, and it is

FURTHER ORDERED that Defendant shall reply to Plaintiffs' Response on or before June 27, 2008.


Dated: June ___, 2008

                                   _____
                                   The Honorable Richard J. Leon
                                   United States District Judge

Copies to:

Jeffrey A. Taylor
Rudolph Contreras
Wyneva Johnson
United States Attorney's Office
555 4th Street, N.W., Room E – 4106
Washington, D.C. 20530

William P. Lightfoot
Paulette E. Chapman
Kelly J. Fisher
Koonz, McKenney, Johnson, DePaolis & Lightfoot, L.L.P.
2001 Pennsylvania Ave., N.W.
Suite #450
Washington, D.C. 20006

## CERTIFICATE OF SERVICE

This certifies that a copy of the foregoing Plaintiffs' Consent Motion for Extension of Time in Which to Respond to Defendant's Motion to Dismiss or for Summary Judgment was served this 30th day of May, 2008 via the Court's electronic filing system upon the following:

>Jeffrey A. Taylor
>Rudolph Contreras
>Wyneva Johnson
>United States Attorney's Office
>555 4th Street, N.W., Room E – 4106
>Washington, D.C. 20530
>
>*Counsel for Defendant*

>_/s/ William P. Lightfoot_
>William P. Lightfoot  #313593
>KOONZ, MCKENNEY, JOHNSON,
>    DEPAOLIS & LIGHTFOOT, L.L.P.
>2001 Pennsylvania Ave., N.W.
>Suite #450
>Washington, D.C. 20006
>(202) 659-5500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL AND BETH WEINSTEIN   :
:
Plaintiffs,   :
:   Civil Action No. 08-00216 (RJL)
v.   :
:
UNITED STATES OF AMERICA,   :
:
Defendant.   :

# ORDER

Upon consideration of Plaintiffs' Consent Motion for Extension of Time in Which to Answer Respond to Defendant's Motion to Dismiss or for Summary Judgment, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED and it is

FURTHER ORDERED that Plaintiffs shall respond to the Motion to Dismiss or, in the Alternative, for Summary Judgment on or before June 13, 2008, and it is

FURTHER ORDERED that Defendant shall reply to Plaintiffs' Response on or before June 27, 2008.


Dated: June ___, 2008

_____
The Honorable Richard J. Leon
United States District Judge