**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MICHAEL AND BETH WEINSTEIN** | ) |
| | ) |
| **Plaintiffs,** | ) |
| v. | ) Civil Action No. 08-0216 (RJL) |
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for an Enlargement of Time up to and including July 2, 2008 to file a reply to plaintiff's Opposition to Motion to Dismiss or for Summary Judgment. Plaintiffs' counsel has no objection to this request for enlargement of time.

The additional time is requested because Counsel has been unable to complete the coordination and discussions with the agency with regard to the filing of defendant's reply..

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


\_\_ /s/ _____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., E-4106
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL AND BETH WEINSTEIN**   )<br>)<br>)<br>)<br>   **Plaintiffs,**   )<br>)<br>   v.   )<br>)<br>**UNITED STATES OF AMERICA**   )<br>)<br>)<br>   **Defendant.**   )<br>   ) | Civil Action No. 08-0216 (RJL) |

## ORDER

UPON CONSIDERATION OF Defendant's Unopposed Motion for Enlargement of Time, and for good cause shown, it is hereby

ORDERED that Defendant's Unopposed Motion for Enlargement of Time is GRANTED.  It is

FURTHER ORDERED that Defendant may file a reply to plaintiff's Opposition to Motion to Dismiss or for Summary Judgment by July 2, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE